# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CARL ALBERT COURTRIGHT III,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL NO. 09-cv-208-JPG |
| | ) |
| **LISA MADIGAN,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

      This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

      **IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

| | |
|---|---|
|     November 4, 2009 | By:    **s/ J. Phil Gilbert** |
| *Date* | *District Judge* |