IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARL ALBERT COURTRIGHT III,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | CIVIL NO. 09-cv-208-JPG |
| ) | |
| LISA MADIGAN, *et al.*,   ) | |
| ) | |
| Defendants.   ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This motion is before the Court on Plaintiff's motion to correct error (Doc. 15). Plaintiff contends that this Court erred in counting the dismissal of this action, which occurred under the authority of 28 U.S.C. § 1915A, as one of Plaintiff's three "strikes" for purposes of 28 U.S.C. § 1915(g). Plaintiff argues that because he paid the full $350 filing fee and was not proceeding *in forma pauperis*, he cannot acquire a "strike" under § 1915(g) for bringing an action that is frivolous, malicious, or fails to state a claim. Plaintiff's argument is without merit. By its terms, § 1915(g) applies to all prior actions brought by a prisoner that were dismissed as frivolous, malicious, or failing to state a claim, not just those for which the prisoner was granted leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(g). Moreover, under the provisions of 28 U.S.C. § 1915, all prisoners who are granted *pauper* status must eventually pay the full $350 filing fee - albeit by installments. It would be illogical to treat two prisoners differently solely because one paid the filing fee in one lump sum payment while the other paid the filing fee in installments under § 1915(b). Accordingly, Plaintiff's motion to correct error (Doc. 15) is

**DENIED.**

**IT IS SO ORDERED.**

**Dated: May 14, 2010.**

                                        **s/ J. Phil Gilbert**
                                        **U. S. District Judge**